A CERTIFIED TRUE COPY
OCT 21 2003
ATTEST
FOR THE JUDICIAL PANEL
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 NOV 18 PM 1:08
LORETTA G. WHYTE
CLERK

OCT 31 2003

OCT - 3 2003
FILED
CLERK'S OFFICE
WILLIAM T. WALSH, CLERK

DOCKET NO. 1355

CIV 03-3305
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED
LORETTA G. WHYTE
CLERK

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-60)

CA 03-3027

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 337 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

ENTERED
ON THE DOCKET
NOV 5 2003
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 21 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
OCT 28 2003
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

OCT 31 2003
AT 8:30
WILLIAM T. WALSH, CLERK

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. 1394

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. 1

## SCHEDULE CTO-60 - TAG ALONG CASES
## DOCKET NO. 1355
## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

**DISTRICT  DIV. CIVIL ACTION#**

SECT. L MAG 4

MISSISSIPPI NORTHERN
  MSN   2  03-180          Glinda James, et al. v. Johnson & Johnson Co., et al.   03-3021

MISSISSIPPI SOUTHERN
  MSS   2  03-341          Dorothy Smith, et al. v. Johnson & Johnson Vision Products, Inc., et al.
                                                                                    03-3022
NEW JERSEY
  NJ   2  03-3301         Susan Hicks, etc. v. Johnson & Johnson Co., et al.   03-3023
  NJ   2  03-3302         Niecker Burress v. Johnson & Johnson Co., et al.   03-3024
  NJ   2  03-3303         Alison Case, etc. v. Johnson & Johnson Co., et al.   03-3025
  NJ   2  03-3304         Selma Leighton v. Johnson & Johnson Co., et al.   03-3026
  NJ   2  03-3305         Joan A. Chambers, et al. v. Johnson & Johnson Co., et al.   03-3027
  NJ   2  03-3306         Oren Rea v. Johnson & Johnson Co., et al.   03-3028
  NJ   2  03-3307         Ruby Rosenbalm v. Johnson & Johnson Co., et al.   03-3029
  NJ   2  03-3308         Patricia Stine v. Johnson & Johnson Co., et al.   03-3030
  NJ   2  03-3309         David Jean, etc. v. Johnson & Johnson Co., et al.   03-3031
  NJ   2  03-3310         Nolan Gorman v. Johnson & Johnson Co., et al.   03-3032
  NJ   2  03-3311         Annette Poor, et al. v. Johnson & Johnson Co., et al.   03-3033
  NJ   2  03-3312         Everett Russell v. Johnson & Johnson Co., et al.   03-3034
  NJ   2  03-3313         Concetta Zurica, et al. v. Johnson & Johnson Co., et al.   03-3035
  NJ   2  03-3314         Cheryl Dallas v. Johnson & Johnson Co., et al.   03-3036
  NJ   2  03-3315         Vercie Alessio, et al. v. Johnson & Johnson Co., et al.   03-3037
  NJ   2  03-3667         Gerald Anderson, et al. v. Johnson & Johnson Co., et al.   03-3038
  NJ   2  03-3805         Robert Day, et al. v. Johnson & Johnson Co., et al.   03-3039